AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hubel, Dennis J. | USDC, District of Oregon | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S.Magistrate Judge (FT) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

927 United States Courthouse
1000 S. W. Third Avenue
Portland, Oregon 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | J. R. Campbell American Inn of Court |
| 2. | Trustee | Trust #1 |
| 3. | Board Member | United States District Court of Oregon Historical Society |
| 4. | Trustee | Trust #3 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/01/2013 | ▬▬▬▬▬▬▬▬ | $2,300.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | JR Campbell Inn of Court | 04/17-18/2013 | Bend, Oregon | Education presentation to Inn of Court lawyers and judges. | Airfare, hotel, & ground transportation, |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Bank NA | A | Interest | J | T | | | | | |
| 2. Vanguard Growth Index Fund (VUG) | A | Int./Div. | J | T | | | | | |
| 3. VANGUARD REIT INDEX FUND INVESTOR SHARE (VGSIX) | A | Int./Div. | J | T | | | | | |
| 4. VANGUARD VALUE INDEX FUND INVESTOR SHARE (VIVAX) | A | Int./Div. | K | T | | | | | |
| 5. ARTISAN INTERNATIONAL FUND (ARTIX) | A | Int./Div. | J | T | | | | | |
| 6. PIMCO REAL RETURN FUND CLASS D (PRRDX) | B | Int./Div. | K | T | | | | | |
| 7. VANGUARD SMALL CAP VALUE INDEX FUND (VISVX) | A | Int./Div. | J | T | | | | | |
| 8. VANGUARD SMALL CAP GROWTH INDEX FUND (VISGX) | A | Int./Div. | J | T | | | | | |
| 9. PIMCO TOTAL RETURN FUND CLASS D (PTTDX) | B | Int./Div. | K | T | | | | | |
| 10. VANGUARD EMERGING MARKETS STOCK INDEX FUND (VEIEX) | A | Int./Div. | J | T | | | | | |
| 11. VANGUARD INTERNATIONAL VALUE FUND (VTRIX) | A | Int./Div. | J | T | | | | | |
| 12. VANGUARD INTERNATIONAL GROWTH FUND INVESTOR SHARE (VWIGX) | A | Int./Div. | J | T | | | | | |
| 13. iSHARES RUSSELL MIDCAP VALUE INDEX FUND (IWS) | A | Int./Div. | J | T | | | | | |
| 14. Bank of America, Portland, Oregon | A | Interest | J | T | | | | | |
| 15. Trust #1 | E | Int./Div. | O | T | | | | | |
| 16. -DFA US Small Cap Value DFSVX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -Vanguard Growth Index VIGSX | | | | | | | | | |
| 18. -DFA Emerging Markets Portfolio Fund DFEMX | | | | | | | | | |
| 19. -DFA International Small Company Portfolio Fund DFISX | | | | | | | | | |
| 20. -DFA International Value Portfolio Fund DFIVX | | | | | | | | | |
| 21. -DFA US Large Cap Value Portfolio Fund DFLVX | | | | | | | | | |
| 22. -DFA US Micro Cap Portfolio Fund DFSCX | | | | | | | | | |
| 23. -DFAUS Large Co Instl (DFUSX) (X) | | | | | | | | | |
| 24. -DFA Global Real Estate (DFGEX) (X) | | | | | | | | | |
| 25. -Oregon State Housing Bond due 07/01/2014 | | | | | Sold (part) | 01/01/13 | J | A | |
| 26. | | | | | Sold (part) | 04/02/13 | J | A | |
| 27. | | | | | Sold (part) | 07/01/13 | J | A | |
| 28. | | | | | Redeemed | 07/12/13 | K | A | |
| 29. - Oregon State FACS Auth Bond due 11/01/2015 | | | | | | | | | |
| 30. -GNMA PL 737359 5% due 3/15/40 | | | | | Buy | 07/18/13 | K | | |
| 31. -Colorado ST BLD 3.728% due 03/15/15 | | | | | Buy | 07/18/13 | K | | |
| 32. - Chemeketa Oregon GO UTX Due 06/15/16 | | | | | | | | | |
| 33. - Port of Portland International Rev Due 07/01/13 | | | | | Redeemed | 07/01/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -Bear StearnsCos 5.55%notes due 01/22/17 | | | | | Buy | 05/23/13 | K | | |
| 35. -Tualatin Hills 4.25% GO UTX due 06/01/20 | | | | | Buy | 03/25/13 | K | | |
| 36. - Portland OR Urban note 5% due 06/15/19 | | | | | | | | | |
| 37. - Portland OR Urban 2.528%% bond due 06/15/13 | | | | | Redeemed | 06/15/13 | K | A | |
| 38. -Intermountain PW 4.45% Rev Bond due 07/01/19 | | | | | | | | | |
| 39. -Oregon Sch Brds GO bond due 06/30/2015 | | | | | Sold | 03/19/13 | K | B | |
| 40. -Washington Biom Rev Bond due 07/01/2018 | | | | | Sold | 10/30/13 | L | D | |
| 41. -Burlington Northern Bond 3.05% due 3/15/22 | | | | | Sold | 04/05/13 | K | B | |
| 42. -Fed Home Loan Mtg 2.375% due 1/13/22 | | | | | Sold (part) | 01/03/13 | J | A | |
| 43. | | | | | Sold | 04/05/13 | J | A | |
| 44. -FHLB 5% due 11/17/17 | | | | | Buy | 10/30/13 | K | | |
| 45. -FHLB 0.375% due 06/24/16 | | | | | Buy | 09/30/13 | K | | |
| 46. -Oregon State Dept of Trans 4.0% due 11/15/20 | | | | | Buy | 01/25/13 | K | | |
| 47. -FNMA PL 931739 4% due 08/01/24 | | | | | Buy | 10/28/13 | K | | |
| 48. -FNMA Bond PL AE0478 4 % due 11/1/40 | | | | | Sold | 06/07/13 | K | A | |
| 49. -FNMA Bond A12094 4% due 04/01/41 | | | | | Buy | 06/07/13 | K | | |
| 50. | | | | | Sold | 10/28/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -FNMA 1.375% due 11/15/16 | | | | | Buy | 10/30/13 | K | | |
| 52. -South.Cal. Public Pwr 2.81% due 7/1/20 | | | | | Sold | 10/30/13 | K | A | |
| 53. -USBancorp Bond 4.125% due 5/24/21 | | | | | | | | | |
| 54. -JPMorgan Chase Bond 5.125% due 9/15/14 | | | | | Sold | 05/23/13 | K | A | |
| 55. -General Elec Cap Bond 5/0% due 1/8/16 | | | | | Sold | 01/03/13 | J | A | |
| 56. -American Express Bond 7.25% due 5/20/14 | | | | | Sold | 01/03/13 | K | A | |
| 57. -Oregon State G.O. Bond 5% due 5/1/25 | | | | | | | | | |
| 58. -Lane County Schools Bond 4.0% due 6/15/16 | | | | | | | | | |
| 59. - Oregon ST for issue GO LTX 5% due 05/01/25 | | | | | Buy | 04/05/13 | K | | |
| 60. -US Treasury Note 1.5% due 07/1/16 | | | | | Buy | 10/25/13 | J | | |
| 61. -Express Scripts 3.125% due 05/15/16 | | | | | Buy | 06/13/13 | J | | |
| 62. | | | | | Sold | 10/25/13 | J | A | |
| 63. -Macy's Retail Holding 7.875 % due 07/15/15 | | | | | Buy | 06/13/13 | J | | |
| 64. -Schwab Money Market | | | | | | | | | |
| 65. Trust #3: | E | Int./Div. | N | T | | | | | |
| 66. -Benjamin Franklin (BFSL) | | | | | Sold | 04/29/13 | J | A | |
| 67. - Asso Energy Corp. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68.   - Barclay's 0-5 year TIPS (STIP) | | | | | Sold (part) | 01/30/13 | K | A | |
| 69. | | | | | Sold (part) | 08/21/13 | J | A | |
| 70. | | | | | Sold (part) | 09/20/13 | J | A | |
| 71. | | | | | Sold (part) | 10/22/13 | J | A | |
| 72.   - Cohen & Steers Global REIT (CSSPX) | | | | | Sold (part) | 07/09/13 | J | A | |
| 73. | | | | | Sold | 08/19/13 | J | A | |
| 74.   - Diamond Hill Large Cap (DHLRX) | | | | | Sold (part) | 07/09/13 | J | A | |
| 75. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 76. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 77. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 78.   - Diamond Hill Small Cap (DHSIX) | | | | | Sold (part) | 07/09/13 | J | A | |
| 79. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 80. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 81. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 82.   - Invesco Developing Markets (GTDYX) | | | | | Sold (part) | 07/09/13 | J | A | |
| 83. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 84. | | | | | Buy (add'l) | 09/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 86. - Mainstay Large Cap Growth (MLAIX) | | | | | Sold (part) | 07/09/13 | J | A | |
| 87. | | | | | Sold | 08/19/13 | J | C | |
| 88. - Metropolitan West Total Return (MWTIX) | | | | | Sold (part) | 07/09/13 | J | A | |
| 89. | | | | | Sold (part) | 08/19/13 | J | A | |
| 90. | | | | | Sold (part) | 09/18/13 | J | A | |
| 91. | | | | | Sold (part) | 10/18/13 | K | A | |
| 92. - MFS Value (MEIIX) | | | | | Sold (part) | 07/09/13 | J | A | |
| 93. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 94. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 95. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 96. - PIMCO Total Return (PTTPX) | | | | | Sold (part) | 08/19/13 | J | A | |
| 97. | | | | | Sold (part) | 09/18/13 | J | A | |
| 98. | | | | | Sold (part) | 10/18/13 | K | A | |
| 99. -PIMCO Foreign Bond Fund (PFBGX) | | | | | Buy | 01/31/13 | K | | |
| 100. | | | | | Sold (part) | 08/19/13 | J | A | |
| 101. | | | | | Sold (part) | 09/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 10/18/13 | J | A | |
| 103.   - Oakmark International Samll Cap (OAKEX) | | | | | Sold (part) | 07/09/13 | J | A | |
| 104. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 105. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 106. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 107.   - Thornburg International Value (TGVIX) | | | | | Sold (part) | 07/09/13 | J | A | |
| 108. | | | | | Sold | 08/19/13 | J | A | |
| 109.   -The Oakmark Intl Fund (OAKIX) | | | | | Buy | 08/19/13 | J | | |
| 110. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 111. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 112.   -Vanguard Growth ETF (VUG) | | | | | Buy | 08/21/13 | K | | |
| 113. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 114. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 115.   -SPDR DJ Wilshire Global Real Estate (RWO) | | | | | Buy | 08/21/13 | J | | |
| 116. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 117. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 118.   -FIA Card Services NA RASP | | | | | Buy | 04/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hubel, Dennis J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Redeemed | 08/09/13 | J | A | |
| 120.  - First Eagle Global (FESGX) | | | | | Buy | 08/09/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Item 1 -- CHARLES SCHWAB BANK NA: This is a rollover of my retirement account from my former law firm. I rolled this account over to a new personal account I opened at Schwab noted as Item 1 in Section VII and the funds remained in a money market account at Schwab until invested as shown in Items 2-13 in Section VII, with a small money market portion listed in Item 1.

Item 14. BANK OF AMERICA: This is a joint interest bearing checking account. The only transactions are unreportable deposits and withdrawals.

Item 15 -- TRUST #1: During calendar year 2004, my father-in-law passed away and I became successor trustee to his trust. The beneficiary is my mother-in-law for her life. There are many contingent beneficiaries, some of whom include my spouse, and my two children, and potentially me. The Trust's assets are listed in items 15-64.

Items 23 & 24 -- Trust #1 assets noted with the marking (X) after the investment in column #1. They were inadvertently left off the 2012 report. They were acquired in a purchase on 06/20/12 Both were purchases in Range J. There have been no transactions with these investments since their purchase.

Items 25-63 consist of several different bonds with different interest rates and dates of maturity in the entities listed. The transactions are listed separately for the bonds of each entity. The bonds were sold and/or redeemed and the funds reinvested in the bonds purchased as shown. Some of the proceeds were also used to pay the monthly distributions to the Trust's income beneficiary, my mother-in-law, and to pay the fees of the investment advisor.

Item 64 is a money market fund within Trust #1 used to pay expenses of the Trust and from which to make distributions to the beneficiary. The only transactions are unreportable deposits and withdrawals.

Item 65 is Trust #3 which was established in December of 2011 and the securities were transferred into it from a previous Trust #2 (see my 2012 report) in 2011 with me as Trustee of Trust #3. The assets of Trust #3 are items #65-120. This Trust carries out the wishes of my Great Uncle and is for the benefit of my son.

Item 68 This investment of Trust #3 has been described as Barclay's 0-5 year TIPS (STIP). During the year of 2013 the name became reported on my monthly stements as ISHARES 0-5 year TIPS (STIP), which is how I will report it in the future.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Dennis J. Hubel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544